# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA GUTHRE ) | Case Number: 10-5672 |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC ) | |
| ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Rebecca Guthre, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800